# PLS Prisoners' Legal Services of New York

14 Lafayette Square, Suite 510 • Buffalo, NY 14203
Tel: (716) 854-1007 • Fax: (716) 854-1008

**Executive Director**
Karen L. Murtagh
**Deputy Director**
Betsy Hutchings

**Managing Attorney**
Maria E. Pagano
**Senior Staff Attorney**
David Bentivegna
**Staff Attorney**
Andrew Stecker

**Submitted via ECF**

February 2, 2022

Hon. Christian F. Hummel
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: Raymond v. NYSDOCCS, et al.
Case No. 9:20-cv-1380-DNH-CFH
**Request for Judicial Settlement Conference**

Dear Judge Hummel:

We represent Plaintiffs in the above-referenced action. We respectfully request that your honor schedule a judicially supervised settlement conference to be attended by counsel and the parties in accordance with paragraph 10 of the Pretrial Scheduling Order (Dkt. No. 13). Judge Hurd recently granted Plaintiffs' Motion to certify this case as a class action pursuant to Federal Rule of Civil Procedure 23(b)(2) and encouraged the parties to discuss settlement (Dkt. No. 42). In light of that decision, we believe a settlement conference would be appropriate at this time. We have contacted counsel for Defendants regarding this request but have not yet received a response.

Thank you for your time and consideration of this request. We are available to discuss this matter further at the Court's convenience.

Respectfully submitted,

/s/_____
Andrew Stecker
James Bogin

CC:
Robert J. Rock, Counsel for Defendants (via ECF)